IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD LONG,

        Plaintiff,                      Civ. No. 6:11-cv-06284-MC

       v.                               JUDGMENT

GORDON GILL, et al.,

        Defendants.

_____

MCSHANE, Judge:

        Granting plaintiff's Motion for Stipulated Judgement (#69). Plaintiff's claims against defendant Roger's Towing are dismissed with prejudice and without fees or costs.

        IT IS SO ORDERED.

        DATED this 1st day of August, 2013.

                                           _____/s/ Michael J. McShane_____
                                               Michael McShane
                                             United States District Judge